UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT DAVIS,**
      Plaintiff**,**

Case No. 20-cv-12130

**Hon. MARK GOLDSMITH**

v.

**JOCELYN BENSON**, in her official and individual capacities as the Detroit City Clerk,
**CATHY M. GARRETT,** in her official and individual capacities as the Wayne County Clerk,
      Defendants.
_____/

| **ANDREW A. PATERSON (P18690)** | **JANET ANDERSON-DAVIS (P29499)** |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant Cathy Garrett |
| 2893 E. Eisenhower Pkwy | 500 Griswold, 21st Floor |
| Ann Arbor, MI 48108 | Detroit, MI 48226 |
| (248) 568-9712 | (313) 347-5813 |
| aap43@outlook.com | Jandersn@waynecounty.com |
| | |
| | ERIK GRILL (P64713) |
| | HEATHER MEINGAST (P55439) |
| | Assistant Attorneys General |
| | Attorneys for Secretary of State Benson |
| | P.O. Box 30736 |
| | Lansing, MI 48909 |
| | (517) 335-7659 |
| | grille@michigan.gov |
| | meingasth@michigan.gov |

_____/

**STIPULATED ORDER DISMISSING WITHOUT PREJUDICE COUNT I PLAINTIFF'S COMPLAINT**

This matter having come before the Court on the stipulation of Plaintiff Robert Davis and Defendants Joceyln Benson and Cathy M. Garrett (collectively "Defendants") to dismiss **without prejudice** Count

I of Plaintiff's complaint [1], with the understanding that Count I of Plaintiff's complaint will be refiled as part of an amended complaint to be filed in the matter of *Anders v Benson, et.al.*, 20-cv-11991 pending before U.S. District Judge Matthew Leitman; and the Court finding just cause to enter the requested relief, now therefore:

**IT IS HEREBY ORDERED** that Count I of Plaintiff's complaint [1] is hereby dismissed **without prejudice** and without costs or attorney fees to any party.

SO ORDERED.

Dated: August 14, 2020        s/Mark A. Goldsmith
     Detroit, Michigan        MARK A. GOLDSMITH
                                    United States District Judge

STIPULATED AND APPROVED AS TO FORM AND CONTENT:

| /s/ANDREW A. PATERSON | /s/ JANET ANDERSON-DAVIS (w/permission) |
|---|---|
| **ANDREW A. PATERSON (P18690)** | **JANET ANDERSON-DAVIS (P29499)** |
| Attorney for Plaintiff | Attorney for Defendant Cathy Garrett |
| 2893 E. Eisenhower Pkwy | 500 Griswold, 21st Floor |
| Ann Arbor, MI 48108 | Detroit, MI 48226 |
| (248) 568-9712 | (313) 347-5813 |
| aap43@outlook.com | Jandersn@waynecounty.com |
| DATED: August 13, 2020 | DATED: August 13, 2020 |

                                                   /s/ HEATHER MEINGAST (with permission)
                                                   **HEATHER MEINGAST** (P55439)
                                                   Assistant Attorneys General
                                                   Attorneys for Secretary of State Benson
                                                   P.O. Box 30736
                                                   Lansing, MI 48909

(517) 335-7659
meingasth@michigan.gov
DATED: August 13, 2020