UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT DAVIS,

          Plaintiff(s),          Case No. 20-12130

v.          Honorable Mark A. Goldsmith

JOCELYN BENSON, et al.,          Magistrate Judge Elizabeth A. Stafford

          Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. **20-12129**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **Robert H. Cleland** and Magistrate Judge **R. Steven Whalen**.

                                                               s/Mark A. Goldsmith
                                                               Mark A. Goldsmith
                                                               United States District Judge

                                                               s/Robert H. Cleland
                                                               Robert H. Cleland
                                                               United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: **CIVIL**

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: **August 17, 2020**                                        s/N. Ahmed
                                                                     Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Robert H. Cleland