# Court of Appeals, State of Michigan

## ORDER

Robert Davis v Secretary of State

Docket No. 354622

LC No. 20-000099-MM

Brock A. Swartzle
Presiding Judge

Patrick M. Meter

Amy Ronayne Krause
Judges

The Court orders that the motion for immediate consideration is GRANTED.

The motion to expedite appeal is GRANTED.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

August 27, 2020
Date

Chief Clerk