UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS,

    Plaintiff,

v

JOCELYN BENSON, in her official and individual capacities as the Secretary of State and CATHY M. GARRETT, in her official and individual capacities as the Wayne County Clerk,

    Defendants.

No. 2:20-cv-12130

HON. ROBERT H. CLELAND

MAG. ELIZABETH A. STAFFORD

_____

**DEFENDANT BENSON'S RESPONSE TO PLAINTIFF DAVIS' BRIEF RESPONDING TO THE COURT'S ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE STAYED OR DISMISSED**

**EXHIBIT LIST**

1.    Court of Claims Opinion and Order dated August 28, 2020