# EXHIBIT 1



# THIRD JUDICIAL CIRCUIT
# OF MICHIGAN

**ZENELL B. BROWN**
EXECUTIVE COURT ADMINISTRATOR

**(313) 224-5261**
**FAX (313) 224-6070**
*E-mail: zenell.brown@3rdcc.org*

711 COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226-3413

July 20, 2020

James Harris
Director of Security
Detroit-Wayne Joint Building Authority

**Re:    Election Day Procedures – Tuesday, August 4, 2020**

Dear Mr. Harris:

Parties filing election related matters after 4:30 p.m., Tuesday, August 4, 2020 should be directed to the Randolph Street entrance of the building.  Upon notification, Chief Judge Timothy M. Kenny's Deputy will escort the parties from the Randolph Street Entrance to Chief Judge Kenny's courtroom, 701 CAYMC.  This procedure is effective until 8:00 p.m. Tuesday, August 4, 2020.

Thank you for your cooperation in this matter.

Sincerely,

Zenell B. Brown
Executive Court Administrator

cc:    Chief Judge Timothy M. Kenny
       Chief Judge Pro Tem and Presiding Patricia Fresard
       Richard Lynch, General Counsel
       Richard Smart, Deputy Court Administrator – Juvenile Division
       Alisa Shannon, Deputy Court Administrator – Criminal Division
       Erin Lincoln, Deputy Court Administrator – Friend of the Court
       Gregory R. McDuffee, General Manager
       Wayne County Sheriff's Detail



## THIRD JUDICIAL CIRCUIT
## OF MICHIGAN

**ZENELL B. BROWN**
EXECUTIVE COURT ADMINISTRATOR

(313) 224-5261
FAX (313) 224-6070
E-mail: zenell.brown@3rdcc.org

711 COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226-3413

# M E M O R A N D U M

**To:**     Chief Judge Timothy M. Kenny
Chief Judge Pro Tem and Presiding Patricia Fresard
Richard Lynch, General Counsel
Richard Smart, Deputy Court Administrator – Juvenile
Alisa Shannon, Deputy Court Administrator – Criminal
Erin Lincoln, Deputy Court Administrator – Friend of the Court
Cathy M. Garrett, Wayne County Clerk
Patricia Ways, Wayne County Chief Deputy County Clerk
Cheryl Jordan, Wayne County Clerk Chief of Staff, Court Services

**From:**   Zenell B. Brown
Executive Court Administrator

**Date:**   July 20, 2020

**Re:**     Procedure for Case Assignments Involving Election Related Matters – Tuesday, August 4, 2020

---

### During Business Hours

Cases involving election procedures, voting challenges, and all other election related matters shall be filed with the Office of the Wayne County Clerk at the Coleman A. Young Municipal Center, Room 201. Election Day hours for the Office of the Wayne County Clerk are from 8:00 a.m. until 4:30 p.m.  Chief Judge Timothy M. Kenny will preside over these matters pursuant to Local Administrative Order 2014-11.

A staff member designated by the Wayne County Clerk will facilitate Election Day filings by notifying the Chief Judge's Administrative team that an election related matter/complaint has been filed with the Wayne County Clerk.  Judge Kenny's staff shall obtain all materials from the Wayne County Clerk and deliver same to Judge Kenny.  Judge Kenny's staff will record the case caption, case number, attorney names, telephone numbers, and client names for the proceedings and provide immediate notice of the proceedings to Richard Lynch, General Counsel.

Mr. Lynch will immediately notify the Supreme Court Clerk, telephone number of (517) 373-0120, of any complaint regarding election procedures filed with the Third Judicial Circuit.   Upon certifying the controlling question or questions involved in the complaint, Judge Kenny will transmit the question or questions, the complaint and any other record made to the Supreme Court Clerk.

## During Non-Business Hours

Should the filing of a complaint involving any election related matter occur before 8:00 a.m. or after 4:30 p.m., the **Emergency Judge Contact Procedure** shall be followed.  The Executive Court Administrator for the Third Circuit Court can be reached at (313) 967-2002.  The Executive Court Administrator will then notify Judge Kenny that an election related complaint has been initiated.  The Executive Court Administrator will provide the information necessary to Judge Kenny for disposition of the complaint.


cc:    Tammi Palmer, Director of Case Processing
Greg Mahar, Wayne County Clerk Director of Elections
Tracey Gilbert, Court Services
Cindy DePaulis, Court Services
Wayne County Clerk Elections Staff
Janet Anderson-Davis, Assistant Corporation Counsel
Sam Porter, 24 Hour Probation Intake



## THIRD JUDICIAL CIRCUIT
### OF MICHIGAN

TIMOTHY M. KENNY
CHIEF JUDGE

701 COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE
DETROIT, MICHIGAN 48226-3413

(313) 224-5430

---

### PUBLIC NOTICE

**STATE OF MICHIGAN
THIRD JUDICIAL CIRCUIT**

---

**SUBJECT:**          Case Assignments Involving Special Election Related
                     Matters Filed on Election Day

**ELECTION DAY:**    Tuesday, August 4, 2020

Cases involving election procedures, voting challenges, and all other election related matters shall be filed with the Wayne County Clerk's Office at the Coleman A. Young Municipal Center, Room 201, between the hours of 8:00 a.m. and 4:30 p.m.

Election related matters filed between the hours of 7:00 a.m. and 8:00 a.m., or after 4:30 p.m., will be subject to the Emergency Judge Procedure. In that event, please contact the after-hours emergency contact number at (313) 967-2002.

Timothy M. Kenny, Chief Judge
Third Judicial Circuit of Michigan

**Dated:**  July 20, 2020