UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Davis,

                     Plaintiff(s),

v.                                              Case No. 3:20–cv–12130–RHC–RSW
                                                             Hon. Robert H. Cleland

Jocelyn Benson, et al.,

                     Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #21

- MOTION HEARING: December 16, 2020 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/L. Wagner
                                                      Case Manager

Dated: October 16, 2020