# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT DAVIS,

                Plaintiff,

v.

JOCELYN BENSON, in her official
and individual capacities as the Secretary of State,
CATHY M. GARRETT, in her official
and individual capacities as the Wayne County Clerk,

       Defendant.

Case No. 20-cv-12130
Hon. Robert H. Cleland

_____/

| | |
|---|---|
| ANDREW A. PATERSON (P18690) | JANET ANDERSON-DAVIS (P29499) |
| Attorney for Plaintiff | Attorney for Defendant Cathy Garrett |
| 2893 E. Eisenhower Pkwy | 500 Griswold, 21st Floor |
| Ann Arbor, MI 48108 | Detroit, MI 48226 |
| (248) 568-9712 | (313) 347-5813 |
| aap43@outlook.com | Jandersn@waynecounty.com |

ERIK GRILL (P64713)
HEATHER MEINGAST (P55439)
Assistant Attorneys General
Attorneys for Secretary of State Benson
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
meingasth@michigan.gov

_____/

**CATHY M. GARRETT'S RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DISMISS (ECF 24)**

Cathy M. Garret through her attorney, Janet Anderson-Davis, asks that this court deny the motion for extension of time for the following reasons:

1. Plaintiff has not shown excusable neglect as required by Fed Rule Civ Pro 6(b)(1)(B).

2. Plaintiff alleges that the delay was due to Plaintiff's and Plaintiff's counsel's heavy election-related caseload.

3. Plaintiff initially filed election cases for this season against Wayne County in June 2020. Cathy Garrett's Motion To Dismiss Amended Complaint was filed October 6, 2020.

4. Plaintiff and/or its counsel had adequate time to review the Motion To Dismiss and to file a response.

5. Any delay was attributed to Plaintiff's voluntary actions and not any external causes not controlled by Plaintiff. Plaintiff has failed to show good cause. *In re Fuller*, 111 B.R. 660 (SD Ohio 1989).

6. In fact, Plaintiff continues to threaten to file lawsuits even after filing his motion for extension of time in this matter. (Exhibit 1).

## CONCLUSION

Cathy M. Garrett requests that this Honorable Court deny the Motion For Extension Of Time To File Response To Defendant Cathy Garrett's Motion To Dismiss.

                                        Respectfully submitted,

BY:   /s/Ja*net Anderson Davis*
        Janet Anderson Davis (P29499)
        Attorneys for Clerk Cathy Garrett
        500 Griswold, 21st Floor South
        Detroit, Michigan 48226
        313- 347-5813
        jandersn@waynecounty.com

Dated: November 5, 2020

## CERTIFICATE OF SERVICE

I certify that on NOVEMBER 5, 2020, I electronically filed a copy of *CATHY M. GARRETT'S RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DISMISS (ECF 24)* with the clerk of the court using the electronic filing system which will send electronic notification of this filing to all parties.

                                        */s/ Susan Sweetman*
                                          Susan Sweetman, PP, CLP
                                          Paralegal