# EXHIBIT 1

Re: Lawsuit against Wayne County Board of Canvassers to Compel Their Presence and Counting and Certifying Votes Cast In November 3, 2020

Robert Davis <davisrobert854@gmail.com>
Thu 11/5/2020 10:44 AM

To: Janet Anderson-Davis <jandersn@waynecounty.com>
Cc: cathymgarrett@gmail.com <cathymgarrett@gmail.com>; jonathan.kinloch@gmail.com <jonathan.kinloch@gmail.com>; monica.palmer@live.com <monica.palmer@live.com>; Meingast, Heather (AG) <meingasth@michigan.gov>; Albro, Lisa (AG) <AlbroL@michigan.gov>; Jennifer Redmond <jredmond@waynecounty.com>

Good morning,

Because of the emotions that were exhibited during today's meeting and the heightened concerns that I have as a voter in WAYNE County that there is plan on behalf of the Republican party NOT to certify ALL Votes cast in Wayne County, I believe a Judge'sorder and not the word of members of the board is necessary to ensure this important process is properly carried out.

Robert Davis

On Thu, Nov 5, 2020 at 10:39 AM Janet Anderson-Davis <jandersn@waynecounty.com> wrote:
> Good morning,
>
> Madam Chair may correct me if I'm wrong. But I understood that at this Board's meeting this morning the Board agreed that members will be present during the canvass, and if not available, an alternate(s) will be used.
>
> In light of this decision will you agree not to file a lawsuit?
>
> Janet Anderson-Davis, JD LLM
> Lead Attorney
> 500 Griswold, 21st Floor North
> Detroit, MI 48226
> 313-224-6684
> jandersn@co.wayne.mi.us

---

> From: Robert Davis <davisrobert854@gmail.com>
> Sent: Thursday, November 5, 2020 9:00 AM
> To: Janet Anderson-Davis <jandersn@waynecounty.com>; cathymgarrett@gmail.com <cathymgarrett@gmail.com>; jonathan.kinloch@gmail.com <jonathan.kinloch@gmail.com>; monica.palmer@live.com <monica.palmer@live.com>
> Cc: Meingast, Heather (AG) <meingasth@michigan.gov>; Albro, Lisa (AG) <AlbroL@michigan.gov>; Jennifer Redmond <jredmond@waynecounty.com>
> Subject: Lawsuit against Wayne County Board of Canvassers to Compel Their Presence and Counting and Certifying Votes Cast In November 3, 2020
>
> Counsel, Madam Chair and Secretary of the Board of Canvassers,
>
> In light of the concerns regarding certain members of the Board of Canvassers taking a political position with respect to the integrity of an accurate count of the votes cast in the November 3, presidential election, as a registered voter of Wayne County who is concerned about his vote being properly counted and certified, I will be filing an emergency action to compel all members of the Board of Canvassers to be present while the canvass is being conducted and to

compel that the Board of Canvassers count, tally and certify all votes cast and that the Board of Canvassers stay convened until all votes cast are counted, tallied and certified. Will you authorize legal counsel to accept service via email? Please advise ASAP.

Robert Davis